UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEMETRIUS TAYLOR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:08CV1305 CDP |
| ) | |
| TROY STEELE, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the petition of Demetrius Taylor for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In accordance with 28 U.S.C. § 636(b), I referred the habeas petition to United States Magistrate Judge Thomas C. Mummert for his Report and Recommendation.  On July 25, 2011, Judge Mummert recommended that I deny the petition, and advised the parties that they had fourteen (14) days to file written objections to his Report and Recommendation.  That date has come and passed, however, and no objections have been filed.

After careful consideration, I will adopt and sustain the thorough reasoning of Judge Mummert.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Thomas C. Mummert [#17] is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the petition of Demetrius Taylor for writ of habeas corpus pursuant to 28 U.S.C. § 2254 [#1] is denied.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of September, 2011.